**No. 59329.**—Bergen Trading Company *v.* United States, protest 249447–K (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 59330.**—William E. Martin Co. *v.* United States, protest 249484–K (New York).

Opinion by JOHNSON, J.   An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 59331.**—J. Manheimer *v.* United States, protest 249485–K (New York).

Opinion by JOHNSON, J.   An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 59332.**—W. J. Byrnes & Co. of N. Y., Inc. *v.* United States, protests 250174–K and 250175–K (New York).

Opinion by JOHNSON, J.   An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protests were overruled.

**No. 59333.**—Air Express Int'l Agency, Inc. *v.* United States, protest 251175–K (New York).

Opinion by JOHNSON, J.   An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

BEFORE THE FIRST DIVISION, OCTOBER 7, 1955

**No. 59334.**—Bourjois, Inc., et al. *v.* United States, protests 141673–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.